IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TENG VANG,

    Petitioner,

v.

WILLIAM POLLARD,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-306-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing the petition for writ of habeas corpus.

_____      7/30/10
Peter Oppeneer, Clerk of Court           Date