IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TENG VANG,

                                        ORDER

                Petitioner,

                              10-cv-306-bbc

       v.

WILLIAM POLLARD, Warden
Green Bay Correctional Institution,

                Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      As directed in this court's order of September 28, 2010, petitioner Teng Vang has submitted a certified copy of his trust fund account statement so that a determination may be made whether he is indigent for the purpose of proceeding on appeal in forma pauperis and if he is, what amount must be assessed as an initial partial payment of the fee for filing his appeal.  (In the September 28 order, I found that petitioner's appeal is not taken in bad faith.)

      From petitioner's trust fund account statement, I conclude that he qualifies for indigent status.  Further, I assess petitioner an initial partial payment of the $455 fee for filing his appeal in the amount of $33.28.

ORDER

IT IS ORDERED that petitioner Teng Vang's request for leave to proceed <u>in forma pauperis</u> on appeal is GRANTED.  Petitioner may have until October 22, 2010, in which to submit a check or money order made payable to the clerk of court in the amount of $33.28. If, by October 22, 2010, petitioner fails to pay the initial partial payment or explain his failure to do so, then I will advise the court of appeals of his noncompliance in paying the assessment so that it may take whatever steps it deems appropriate with respect to this appeal.

Further, the clerk of court is requested to insure that the court's financial records reflect petitioner's obligation to pay the $33.28 initial partial payment and the remainder of the $455 fee in monthly installments.

Entered this 4th day of October, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2